IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

| | |
|---|---|
| DAISY ROMAN, DAVID M. ALVARADO-ROMAN AND JESSIE A. ARROYO-ROMAN<br><br>**Plaintiffs**<br><br>vs.<br><br>MAYAGUEZ AIR CARGO SERVICES, INC.; SAMUEL RIVERA-MORALES; JAEN DOE; C/P RIVERA-DOE; AND EL FENIX DE PUERTO RICO, INC.<br><br>**Defendants** | CIVIL NO. 96-2576 (RLA) |

## MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

TO THE HONORABLE COURT:

Comes now the plaintiffs, Jessie A. Arroyo-Roman, through the undersigned attorney and respectfully alleges and prays as follows:

Upon Order filed on December 15, 1998, the principal amount of $3,750.00 was deposited into one of the interest-bearing accounts at the Court's designated financial institution.

The plaintiff, Jessie A. Arroyo-Roman, became of legal age on April 4, 2007 and he is requesting the disbursement of funds. Enclosed is a Copy of Record of Birth issued by the Commonwealth of Massachusetts.

At this time petitioner requests that the principal amount of $3,750.00, plus all accrued interest, less any administrative fees deducted pursuant to Local Rule 67(b), be disbursed as follows.

| NAME OF PAYEE | SOCIAL SECURITY | PRINCIPAL AMOUNT |
|---|---|---|
| Jessie A. Arroyo-Roman | 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 | $3,750.00 |

The check is to be mailed to Jessie A. Arroyo-Roman, 7539 Country Run Parkway, Orlando, Florida 32818.

Accordingly, it is hereby requested that disbursement be authorized as requested herein.

Pursuant to the requirements of Local Rule 67(b), a Proposed Order for the Judge's signature is being submitted together with this motion.

Respectfully submitted.

In San Juan, Puerto Rico, this 1st. day of November, 2007.

PINTO-LUGO, OLIVERAS & ORTIZ, PSC
Post Office Box 9024098
San Juan, Puerto Rico 00902-4098
Tel: (787) 724-8103
Fax: (787) 724-8152

ISABEL GUILLEN BERMUDEZ
USDC-PR NO. 214206