THE COMMONWEALTH OF MASSACHUSETTS
CITY OF NORTHAMPTON
OFFICE OF THE CITY CLERK

COPY OF RECORD OF BIRTH

REGISTERED NUMBER: 273

CHILD

Name:              JESSIE    ALLEN    ARROYO-ROMAN
Date of BIRTH:     APRIL 4, 1987   Time: 8:37 AM
Sex:               MALE
Place of Birth:    NORTHAMPTON, MA

MOTHER

Name:              DAISY    YVETTE    ALVARDO-ROMAN
Maiden surname:    ROMAN    Date of BIRTH: DECEMBER 10, 1963
Birthplace:        READING, PA
Residence:         AMHERST, MA

FATHER

Name:              ENRIQUE    ---    ARROYO-GONZALEZ
Birthplace:        MANATI, PUERTO RICO
Date of BIRTH:     NOVEMBER 6, 1963

Date of RECORD:    APRIL 14, 1987

I, the undersigned, hereby certify that I am the City Clerk of the City of Northampton; that as such I have custody of the records of births required by law to be kept in my office; I do hereby certify that the above is a true copy from said records.

   Witness my hand and the SEAL OF THE CITY OF NORTHAMPTON at Northampton on this 25th day of January 2006.

                                *Wendy Mazza*
                                Wendy Mazza
                                CITY CLERK

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT