IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAISY ROMAN, DAVID M. ALVARADO-ROMAN AND JESSIE A. ARROYO-ROMAN<br><br>Plaintiffs<br><br>vs.<br><br>MAYAGUEZ AIR CARGO SERVICES, INC.; SAMUEL RIVERA-MORALES; JAEN DOE; C/P RIVERA-DOE; AND EL FENIX DE PUERTO RICO, INC.<br><br>Defendants | CIVIL NO. 96-2576 (RLA) |

### ORDER AUTHORIZING DISBURSAL OF REGISTRY FUNDS

The motion for Disbursement of Registry Funds submitted by Jessie A. Arroyo-Roman is hereby GRANTED.

Accordingly, the Clerk of the Court is hereby ORDERED to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rule 67 (b) on the registry funds on deposit in the Court's designated financial institution.

The account shall appear in the name of the beneficiary as follow"

| NAME | SOCIAL SECURITY | PRINCIPAL AMOUNT TO BE DISBURSED |
|---|---|---|
| JESSIE A. ARROYO-ROMAN | | $3,750.00 |

The check is to be mailed to Jessie A. Arroyo-Roman, 7539 Country Run Parkway, Orlando, Florida 32818.

SO ORDERED.

San Juan, Puerto Rico, this ___ day of _____, 20___.

                                                      U.S. DISTRICT JUDGE