IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DAISY ROMAN, et al.,

    Plaintiffs,

    v.

MAYAGUEZ AIR CARGO SERVICES,
INC.,

    Defendants.

CIVIL NO. 96-2576 (RLA)

## **ORDER AUTHORIZING DISBURSEMENT OF FUNDS**

It appearing that JESSIE A. ARROYO-ROMAN has reached majority of age, his Motion for Disbursement of Registry Funds (docket No. **48**) is **GRANTED**.

Accordingly, the Clerk of the Court shall issue a check in the amount of **$3,750.00,** plus interest accrued less registry fees due pursuant to Local Rule 67(b), from account No. **400-5267825** at Banco Santander made payable to JESSIE A. ARROYO-ROMAN and mail it to his address as noted below.

Copy of this Order shall be notified to: (1) JESSIE A. ARROYO-ROMAN, 7539 Country Run Parkway, Orlando, Fla. 32818 and (2) EDITH RIOS, Administrative Manager.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6th day of November, 2007.

                          S/Raymond L. Acosta
                          RAYMOND L. ACOSTA
              United States District Judge